UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMARA BROWN,

                Plaintiff,

    v.                                    Civil Action No. 7:24-cv-02501

TPUSA, INC. d/b/a TELEPERFORMANCE USA,

                Defendant.

### AGREED ORDER OF DISMISSAL *WITH PREJUDICE*

THIS CAUSE, having come before the Court upon Plaintiff, Tamara Brown ("Plaintiff"), and Defendant, TPUSA, Inc., d/b/a Teleperformance USA's ("Defendant") Joint Stipulation of Dismissal *with Prejudice*, and the Court, being otherwise duly advised in the premises, hereby ORDERS AND ADJUDGES:

1. The above-styled action is hereby **DISMISSED *WITH PREJUDICE***;
2. The Clerk shall deny any pending Motions as moot; and
3. Each party shall bear their own attorneys' fees, expert fees, paralegals' fees, and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement and Release.

**DONE AND ORDERED** in Chambers at White Plains, New York, this 7th day of November, 2024.

_____
THE HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

Andrew C. Karter (via ECF)
Evan M. Foulke (via ECF)

78618721;1